```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
    UNITED STATES OF AMERICA,                                  :
                                                               :
                                                               :
                         -v-                                   :
                                                               :
                                                               :
    MUKHIDDIN KADIROV,                                         :
                                                               :
                                                 Defendant.    :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/2023

1:23-mj-2895-GHW-2

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter with respect to defendant Mukhiddin Kadirov on October 3, 2023 at 2:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: October 2, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge